ENTERED
JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB 17 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASILIO JORGE,<br><br>     Plaintiff,<br><br>vs.<br><br>MICHAIL J. ASTRUE,<br>Commissioner of Social Security,<br><br>     Defendant. | Case No. EDCV 09-1503 RNB<br><br>**J U D G M E N T** |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Payment of Benefits filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed, and this matter is remanded for the payment of benefits.

DATED: February 16, 2010

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE